**DISMISS and Opinion Filed September 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01586-CV

**BRIDGET PARSON, Appellant**

**V.**

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET-BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-HE7, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09716**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Justice Whitehill

Bridget Parson appeals from the trial court's November 20, 2014 order granting U.S. Bank National Association's (Bank) Application for an Expedited Order Under Rule 736 on a Home Equity Loan. *See* TEX. R. CIV. P. 736. On December 30, 2014, Bank filed a motion to dismiss this appeal for want of jurisdiction. While that motion was pending, Parson filed a petition for bankruptcy and this appeal was abated. After being notified that the bankruptcy court had lifted the automatic stay, the Court reinstated this appeal on May 29, 2019 and instructed Parson to file, by June 17, 2019, any response to Bank's motion to dismiss.

In the motion to dismiss, Bank asserts that rule 736 expressly disallows appeals from orders allowing foreclosure under that rule. Rule of civil procedure 736(8)(c) provides that the granting or denial of an application under rule 736 is not subject to appeal. *See* TEX. R. CIV. P. 736.8(c); *Grant-Brooks v. FV-1, Inc.*, 176 S.W.3d 933 (Tex. App.—Dallas 2005, pet. denied). Although Parson filed a response to the motion to dismiss, she fails to demonstrate how this Court has jurisdiction over this appeal.

The order Parson seeks to appeal is not appealable. *See id.* Accordingly, we grant Bank's motion and dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

141586F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BRIDGET PARSON, Appellant

No. 05-14-01586-CV      V.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET-BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2006-HE7, Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-09716.
Opinion delivered by Justice Whitehill. Chief Justice Burns and Justice Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered September 12, 2019

–3–